**Order entered October 12, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00590-CR
## No. 05-20-00591-CR

**DAMON EVANS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause Nos. F20-51047-I & F20-51046-I**

## ORDER

Before the Court is appellant's October 9, 2020 motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by November 9, 2020.

/s/     BILL PEDERSEN, III
JUSTICE